IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY D. PAYNE, *individually and on behalf of a collective of others similarly-situated*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LEHIGH VALLEY RESTAURANT GROUP, INC.,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 19-0028 |

## ORDER

**AND NOW**, this 27TH day of September, 2019, upon consideration of the Plaintiff's Unopposed Motion to Approve Collective Action Settlement and Attorneys' Fees, it is hereby **ORDERED** that a hearing shall be held on **Wednesday, November 6, 2019 at 2:00 p.m.**, in the Reading Courtroom, The Madison Building, 4th Floor, 400 Washington Street, Reading, Pennsylvania.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　**/s/ Jeffrey L. Schmehl**
　　　　　　　　　　　　　　　　　　　　Jeffrey L. Schmehl, J.