IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY D. PAYNE, individually and on behalf of a collective of others similarly-situated, <br><br> Plaintiffs, <br><br> v. <br><br> LEHIGH VALLEY RESTAURANT GROUP, INC., <br><br> Defendant. | Case No.: 5:19-cv-00028-JLS <br><br> The Honorable Jeffrey L. Schmehl |

## ORDER

AND NOW, this __6th__ day of __November__, 2019, upon consideration of Plaintiff's Unopposed Motion to Approve Collective Action Settlement and Attorney Fees, and the Exhibits attached thereto, the Court finds that the Parties' Settlement Agreement falls within a range of reasonableness and is a fair, reasonable, and adequate as to the Collective Members.

Accordingly, it is hereby ORDERED that that Plaintiff's Unopposed Motion to Approve Collective Action Settlement and Attorney Fees of the Equal Pay Act collective action Settlement Agreement reached in this case is GRANTED.

IT IS FURTHER ORDERED that:

(a) Plaintiff's First Amended Complaint, filed as Exhibit 2 to Plaintiff's Unopposed Motion to Approve Collective Action Settlement and Attorney Fees, is deemed to be filed as of the date of this ORDER;

(b)  The EPA collective action class of all individuals who were female salaried Front of House Managers employed by Defendant between January 4, 2017 and January 4, 2019 is conditionally certified for settlement purposes only;

(c) The Civil Action is dismissed on the merits and with prejudice, permanently barring all Participating Settlement Collective Members, including the Named Plaintiff, from prosecuting against any Released Entities any of the Released Claims; and

(d) The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

IT IS FURTHER ORDERED that the Parties shall proceed, and shall provide the Notice to the Collective Members, in accordance with the Settlement Agreement.

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, District Judge
United States District Court
Eastern District of Pennsylvania