# Barley Snyder

ATTORNEYS AT LAW

126 EAST KING STREET
LANCASTER, PA 17602
TEL 717.299.5201 | FAX 717.291.4660
WWW.BARLEY.COM

Jill S. Welch, Esquire
Direct Dial Number: (717) 399-1521
E-mail: jwelch@barley.com

**FILED VIA THE COURT'S ECF FILING SYSTEM**

November 8, 2019

Honorable Jeffrey L. Schmehl
United States District Court - Eastern District
of Pennsylvania
The Madison Building
400 Washington Street, Suite 401
Reading, PA 19601

Re: **Payne v. Lehigh Valley Restaurant Group, Inc.**
**United States District Court for the Eastern District of Pennsylvania**
**Civil Action No. 5:19-cv-00028-JLS**

Dear Judge Schmehl:

Please accept this supplemental filing in relation to the Parties' Unopposed Motion to Approve Collective Action Settlement and Attorneys' Fees. Specifically, upon further review the Parties noticed a discrepancy in the Chart attached as Exhibit A to the Settlement Agreement and Release of Claims. Kindly substitute the attached Chart as Exhibit A to the Settlement Agreement approved by this Honorable Court on November 6, 2019. This substitution does not affect the material terms of the settlement nor the total settlement amount. Rather, it corrects the time periods that two potential opt in plaintiffs worked for Defendant and the distributions. Counsel for Plaintiff and Defendant have conferred regarding this substitution and both concur with its filing.

Respectfully submitted,

*/s/ Jill S. Welch*
Jill S. Welch

JSW:jsw
Encl.

cc.: Derrek Cummings, Esq.
Larry Weisberg, Esq.

# EXHIBIT A

| Employee Name | 2 yr Start | 2 yr End | 2 yr Damages |
|---|---|---|---|
| Palmero, Laura | 2/3/16 | 4/13/16 | $ 75.86 |
| Gellock, Teeah | 1/4/17 | 1/26/17 | $ 23.84 |
| Harrington, Courtney | 1/4/17 | 9/20/17 | $ 280.69 |
| Barnes, Nicole | 1/23/17 | 1/27/17 | $ 4.33 |
| Rodriguez, Felicia | 8/27/18 | 1/4/19 | $ 140.89 |
| Keller, Julie A | 1/4/17 | 1/4/19 | $ 791.12 |
| Bontempo, Felicia Jae | 10/10/18 | 1/4/19 | $ 93.20 |
| Fran, Kadija | 5/16/18 | 1/4/19 | $ 252.51 |
| Halkias, Anne M | 1/4/17 | 6/2/17 | $ 161.48 |
| Rosario, Amanda C | 1/4/17 | 8/24/17 | $ 251.43 |
| Harvey, Alexis | 1/4/17 | 5/18/17 | $ 145.22 |
| Shepp, Skyler B | 11/15/17 | 1/4/19 | $ 449.75 |
| Hansen (Brooks), Nicole R | 1/4/17 | 1/4/19 | $ 791.12 |
| Breiner, Sanfra K | 9/20/17 | 1/4/19 | $ 510.44 |
| Folk, Jessica C | 1/4/17 | 6/28/17 | $ 189.65 |
| Thorpe, Hope M | 1/4/17 | 7/9/17 | $ 201.57 |
| Kirkevold, Cathaleen J | 1/4/17 | 12/26/17 | $ 385.81 |
| Gher, Megan A | 5/14/18 | 1/4/19 | $ 254.68 |
| Harlan, Meaghyn E | 7/18/18 | 1/4/19 | $ 184.23 |
| Michelson, Emily R | 5/17/17 | 1/4/19 | $ 646.99 |
| Tremblay, Kimberly | 1/4/17 | 8/12/18 | $ 633.98 |
| Maskornick, Alyssa M | 1/4/17 | 1/6/17 | $ 2.17 |
| Moyer, Kristin N | 1/4/17 | 1/4/19 | $ 791.12 |
| Muth, Ashley L. | 1/4/17 | 1/4/19 | $ 791.12 |
| Bloom, Tammy L | 1/4/17 | 1/4/19 | $ 791.12 |
| Sullivan, Jade E. | 1/4/17 | 1/4/19 | $ 791.12 |
| Cohen, Alyssa | 1/4/17 | 10/7/18 | $ 694.67 |
| Brooks, Maryann O | 1/4/17 | 1/4/19 | $ 791.12 |
| Brudnok, Kaelyn P | 11/15/17 | 11/25/18 | $ 406.40 |
| Lopez, Sarajane C | 1/4/17 | 1/4/19 | $ 791.12 |
| Cost-Byrne, Alyssa A | 12/3/18 | 1/4/19 | $ 34.68 |
| Lewis, Cherrida | 1/4/17 | 1/4/19 | $ 791.12 |
| Wagner, Alona R. | 1/4/17 | 11/9/18 | $ 730.44 |
| Given, Jerri A | 1/4/17 | 1/4/19 | $ 791.12 |
| Walker, Elizabeth R | 1/4/17 | 2/27/18 | $ 454.08 |
| Hornberger, Danielle F | 1/4/17 | 1/4/19 | $ 791.12 |
| Mills, Robyn K | 5/23/18 | 1/4/19 | $ 244.92 |
| DiDomenico, Katie M | 7/16/18 | 1/4/19 | $ 186.40 |
| Kuhns, Heidi | 1/4/17 | 4/18/17 | $ 112.71 |
| Wells, Kimberly | 1/4/17 | 8/11/17 | $ 237.34 |
| Rivera, Talia | 1/4/17 | 11/12/18 | $ 733.69 |
| Groff, Wendy M | 6/20/18 | 1/4/19 | $ 214.58 |
| Lindberg, Stephanie | 1/4/17 | 9/26/17 | $ 287.19 |
| Payne, Kimberly D | 7/16/18 | 10/22/18 | $ 106.21 |
| Adams, Janelle E | 11/29/17 | 1/4/19 | $ 434.58 |
| Wetzel, Melissa A | 1/4/17 | 7/16/17 | $ 209.16 |
| Martin, Ashley B | 1/16/17 | 10/4/17 | $ 282.85 |
| Moore, Amanda R | 7/18/18 | 1/4/19 | $ 184.23 |
| Leonhart, Wendy A | 1/4/17 | 1/4/19 | $ 791.12 |
| Neff, Megan | 1/4/17 | 8/24/18 | $ 646.99 |
| **TOTAL** | | | $ 20,583.33 |